IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DANIEL E. CAPEHART                                                          PLAINTIFF

v.                          CIVIL NO. 07-5139

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

## O R D E R

Pending before this court is the above action seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying plaintiff's claims for period of disability and disability insurance benefits (DIB) and supplemental security income (SSI) benefits under the provisions of Titles II and XVI of the Social Security Act (Act). In review of the record, it appears plaintiff has been residing in Billings, Montana, since the time the Appeals Council denied review of the ALJ's decision on June 8, 2007. (Tr. 2). Plaintiff is directed to file an affidavit indicating his exact **current** address and his address **the date the Complaint was filed**. Plaintiff is to provide this information to the court by May 5, 2008.

IT IS SO ORDERED this 25th day of April 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)